Clarence **NOCENTELLI**, Petitioner-Appellee,

v.

**UNITED STATES of America**, Respondent-Appellant.

No. 29880.

United States Court of Appeals, Fifth Circuit.

Sept. 17, 1971.

Gerald J. Gallinghouse, U. S. Atty., Joseph R. McMahon, Jr., Asst. U. S. Atty., New Orleans, La., for respondent-appellant.

Clarence Nocentelli, pro se.

Before GODBOLD, CLARK and INGRAHAM, Circuit Judges.

PER CURIAM.

Affirmed. *See* Local Rule 21.[1] [2]

---

1. *See* N.L.R.B. v. Amalgamated Clothing Workers of America, 430 F.2d 966 (5th Cir. 1970).

2. *See* Brooks v. United States, 424 F.2d 425 (5th Cir. 1970) and Harrington v. United States, 444 F.2d 1190 (5th Cir. 1971) [1971].

